Scott H. Heitmann, Esq. SBN 162447
**MATTHIESEN, WICKERT & LEHRER, S.C.**
18500 Von Karman Ave., STE 530
Irvine, CA 92612
Phone: (800) 637-9176
Fax: (262) 673-3766
Email: sheitmann@mwl-law.com

*Attorneys for Plaintiff*
Pennsylvania Manufacturers' Association Insurance
Company, a business entity, as insurer for Associated
Feed & Supply Company, Inc.,

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pennsylvania Manufacturers' Association Insurance Company, a corporation, as insurer for Associated Feed & Supply Company, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Pape Machinery Construction & Forestry; John Deere, a corporation; and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No. 2:25-cv-01892-WBS-JDP <br><br> **ORDER** FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that:

1. Plaintiff is GRANTED leave to file the First Amended Complaint attached to the Parties' Joint Stipulation as Exhibit "A".

2. Plaintiff SHALL file the First Amended Complaint attached to the Parties' Joint Stipulation as Exhibit "A" no later than ten (10) days following the entry of this Order.

- 1 -
_____
ORDER

1   3. Corrected Defendant, Deere & Company, SHALL file a responsive pleading to the First Amended Complaint no later than thirty (30) days following the service of the First Amended Complaint.

4.  The December 22, 2025 motion hearing date is VACATED.

IT IS SO ORDERED.

Dated:  December 4, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE