**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHARLES S. PAINTER, SB# 89045
E-Mail: Charles.Painter@lewisbrisbois.com
GRAHAM M. CRIDLAND, SB# 243646
E-Mail: Graham.Cridland@lewisbrisbois.com
PAYTON M. HAGYARD, SB# 361690
E-Mail: Payton.Hagyard@lewisbrisbois.com
2485 Natomas Park Dr., Suite 450
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant PAPÉ MACHINERY, INC., an Oregon Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

Pennsylvania Manufacturers' Association Insurance Company, a business entity, as insurer for Associated Feed & Supply Company, Inc.,

Plaintiff,

vs.

Pape Machinery Construction & Forestry; John Deere, a corporation; and DOES 1 to 20, inclusive,

Defendant.

Case No. 2:25-cv-01892-WBS-JDP

**ORDER RE STIPULATION OF DISMISSAL [FRCP 41(A)]**

Assigned for All Purposes to:
Hon. William B. Shubb, Courtroom 5, 14th Floor

Action Removed: July 7, 2025
Trial Date: September 14, 2027

**ORDER**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: August 7, 2026

William B. Shubb

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE